10:30 23-30948-pcm11          Aloysius N. Fobi - db          MICHAEL D O'BRIEN


                              US Trustee, Portland -ust          CHRISTIAN TORIMINO

**Matter: Notice of Preliminary Hearing and Motion For Authority to Conditionally Use Cash Collateral . Filed by Debtor Aloysius N. Fobi. (OBRIEN, MICHAEL) Doc# 9**

Summary of Proceedings

After discussing the Court's and UST's concerns with the amount requested to conditionally use cash collateral, for the reasons set forth on the record, the Court will approve the conditional use of cash collateral for 14 days.

Mr. O'Brien to submit the order for the Court to sign with the language that the approval of the expenses for 14 days is without prejudice or limitation for the UST or any creditor to dispute the reasonable or necessary expenses in a further hearing or in regards to confirmation of the plan.

Final hearing to be held 5-23-2023 at 2:30 p.m. by video. Mr. O'Brien to lodge the LBF for the final hearing.

Visit www.orb.uscourts.gov/video-hearings for connection information.

Order to be prepared by:          _____  Clerk's Office          _____  Chambers          Other: Michael O'Brien